[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-13497

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 28, 2010
JOHN LEY
CLERK

D. C. Docket No. 06-00327-CR-J-33-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CURTIS DARNELL JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 28, 2010)

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before CARNES and MARCUS, Circuit Judges, and DUBOSE,[*] District Judge.

_____

[*]Honorable Kristi K. DuBose, United States District Judge for the Southern District of Alabama, sitting by designation.

PER CURIAM:

This case comes to us on remand from the Supreme Court of the United States, see Johnson v. United States, — U.S. —, 130 S.Ct. 1265 (2010), reversing our decision in Johnson v. United States, 528 F.3d 1318 (11th Cir. 2008). We REVERSE the district court's judgment and REMAND the case to the district court for further proceedings consistent with the Supreme Court's decision.

**REVERSED and REMANDED.**